IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANY MURILLO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WESTERN HEIGHTS INDEPENDENT SCHOOL DISTRICT NO. I-41 of Oklahoma County, a/k/a, WESTERN HEIGHTS PUBLIC SCHOOLS,<br><br>　　　　　　Defendant. | Case No. CIV-17-778- R |

### ORDER ON THE JOINT MOTION FOR DISCLOSURE OF CONFIDENTIAL RECORDS AND ENTRY OF A PROTECTIVE ORDER

NOW on this 16th day of October, 2017, comes on for telephonic hearing the Joint Motion for Disclosure of Confidential Records [Docket Entry No. 13] filed by the Parties to this litigation seeking: (1) an Order directing the Oklahoma City Police Department to produce to the parties of this litigation police records pertaining to the Plaintiff, Tiffany Murillo, and/or Eric Reid Ramirez, and any allegations of abuse and/or criminal activity contained therein; and (2) an Order directing the Oklahoma County District Attorney to produce to the parties of this litigation any and all investigative records pertaining to the prosecution and conviction of Eric Reid Ramirez, which may include records of the Plaintiff, Tiffany Murillo, and any allegations of abuse and/or criminal activity contained therein; and the Court having considered the Joint Motion [Docket Entry No. 13], the Show Cause and Motion for Protective Order [Docket Entry No. 17] filed by the District Attorney

1

of Oklahoma County; the Joint Response to the Show Cause and Motion for Protective Order [Docket Entry No. 19]; and the arguments of counsel, the Court GRANTS the Joint Motion subject to the following conditions, procedure and protective order:

IT IS THEREFORE ORDERED the Joint Motion filed by the Parties to this litigation seeking an Order directing the Oklahoma City Police Department to produce to the parties of this litigation police records pertaining to the Plaintiff, Tiffany Murillo, and/or Eric Reid Ramirez, and any allegations of abuse and/or criminal activity contained therein [Docket Entry No. 13] is hereby GRANTED, subject to the below Protective Order. Accordingly, Oklahoma City Police Department shall provide the requested documents to counsel for the Plaintiff and counsel for Defendant no later than OCTOBER 23, 2017, or such other time as the parties may agree.

IT IS FURTHER ORDERED that after production of the records of the Oklahoma City Police Department to counsel for Plaintiff and Defendant, and upon request of either counsel for Plaintiff and/or counsel for Defendant, the District Attorney of Oklahoma County shall meet with counsel, review the documents produced by the Oklahoma City Police Department and produce, subject to the below Protective Order, copies of any additional materials or information within the file of the District Attorney of Oklahoma County not contained within the Oklahoma City Police Department's production.

IT IS FURTHER ORDERED that the production, maintenance, and dissemination of the documents shall be made under the following conditions:

1. The documentation produced by either the Oklahoma City Police Department, or the District Attorney of Oklahoma County shall be used solely for the purpose of this litigation and for no other purposes whatsoever.

2. The documentation shall only be made available to, disclosed to, or inspected by the parties to this case; counsel of record in the case or employees assisting counsel in this litigation; to consultants or experts who are employed by a party or a party's counsel to assist in the preparation and trial of this litigation; to court reporters recording testimony at a deposition; the Court; court personnel and other persons mutually agreed upon by counsel for the parties or ordered by this Court.

3. Any person receiving the documentation will also be provided a copy of this Order and shall be bound by its terms.

4. Any reference to the documentation in pleadings or documents filed with this Court will be submitted under seal with the notation that it is submitted under seal and confidential.

5. Upon termination of this action by settlement, dismissal, final judgment or mandate following appeal, any person or entity other than the Court who has had possession of the documentation produced under this Order shall destroy or return the materials to the Oklahoma City Police Department, or the District Attorney of Oklahoma County, or their designated representative(s).

6. The provisions of this protective order may be amended or altered upon an appropriate filed request by any party to this action, the Oklahoma City Police Department,

or the District Attorney of Oklahoma County, if it is deemed by this Court that such an amendment or alteration is warranted.

      IT IS SO ORDERED this 17th day of October, 2017.

*signature*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s/ Michael M. Blue
Michael M. Blue в OBA #13143
BLUE LAW | THE WHITE HOUSE
900 Northeast 63rd Street
Oklahoma City, Oklahoma 73105
Phone: (405) 239-7046
Fax: (405) 418-0833
Email: BLUELAW@Cox.Net

    and

Cameron Spradling - OBA #8509
500 North Walker Avenue, Suite 140
Oklahoma City, Oklahoma 73102 1657
Phone: (405) 605-0610
Fax: (405) 605-0615
Email: cameron@cameronspradling.com
Attorneys for Plaintiff

/s/ Jerry L. Colclazier
Jerry L. Colclazier, OBA #13814
Brett W. Butner, OBA #30509
COLCLAZIER & ASSOCIATES
404 North Main Street
Seminole, OK 74868
Phone: (405) 382-1212
Fax: (405) 382-1214
Email: jerry@colclazier.com
Attorneys for Defendant

/s/ Rodney J. Heggy
Rodney J. Heggy (OBA 4049)
Asst. District Attorney of Okla. County
320 Robert S. Kerr, Suite 505
Oklahoma City, OK 73102
Telephone: (405) 713-1600
Direct: (405) 713-2303
Facsimile: (405) 713-1749
Email: rod.heggy@oklahomacounty.org
Attorney for the District Attorney of Oklahoma County